DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

In the Interest of M.L., a child.

A.L.,

Petitioner,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Respondents.

No. 2D2025-3313
_____

February 25, 2026

Appeal from the Circuit Court for Pasco County; Linda H. Babb, Judge.

Jon J. Johnson and Kendrick Donnelly of Older Lundy Koch & Martino, Tampa, for Petitioner.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State Attorney, Clearwater, for Respondent Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Senior Attorney, Tallahassee, for Respondent Statewide Guardian ad Litem Office.

PER CURIAM.

    Dismissed.

SILBERMAN, MORRIS, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.